# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>ONE APPLE IPHONE IN THE POSSESSION OF UNITED STATES<br>BORDER PATROL IN VERMONT | )<br>)<br>) Case No. ~~2:23-mj-00116~~<br>) 2:23-mj-135<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of \_\_\_\_Vermont\_\_\_\_
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference, regarding evidence of violations of 8 U.S.C. §§ 1324 and 1325.

**YOU ARE COMMANDED** to execute this warrant on or before \_\_\_\_October 26, 2023\_\_\_\_ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to \_\_\_\_U.S. Magistrate Judge Kevin J. Doyle\_\_\_\_.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for \_\_\_\_ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: *October 12, 2023*
*11:45 a.m.*

Judge's signature

City and state: Burlington, Vermont

Hon. Kevin J. Doyle, U.S. Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.:<br>~~2:23-mj-00116~~ 2:23-mj-135 | Date and time warrant executed:<br>10/12/2023 12:30 p.m. | Copy of warrant and inventory left with:<br>Report provided with discovery |
| Inventory made in the presence of :<br>Intelligence Research Specialist Robert Wilson | | |
| Inventory of the property taken and name of any person(s) seized:<br>IRS Robert Wilson began forensic extraction of the iPhone on 10/12/2023 at approximately 12:30 p.m. Forensic reports are currently being generated and analysis of the recovered data will be ongoing. | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/12/2023

*Executing officer's signature*

Border Patrol Agent (Intel) James Loomis
*Printed name and title*